IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 06 C 6836 |
| | ) | |
| DEMEX, INC., a Michigan corporation, | ) | JUDGE MATTHEW F. KENNELLY |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT, JUDGMENT AND FOR AN ORDER DIRECTING DEFENDANT TO TURN OVER MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DEMEX, INC., a Michigan corporation, in the total amount of $1,455.16, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,378.25.

Further, Plaintiffs move for entry of an order directing DEMEX, INC., a Michigan corporation, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of November 2005 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to fully liquidate Plaintiffs' claims.

Finally, Plaintiffs move for entry of an order directing DEMEX, INC., a Michigan corporation, Defendant herein, to submit corrected monthly fringe benefit contribution reports due for the months of September 2005 and October 2005.

On December 30, 2006, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 19, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Demex\motion.cms.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 24th day of April 2007:

> Mr. Steven M. Fisher, Registered Agent
> Demex, Inc.
> 25951 W River Road
> Grosse Ile, MI 48138

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Demex\motion.cms.df.wpd